## GODBE *v.* TOOTLE.

**ERROR TO THE SUPREME COURT OF THE TERRITORY OF UTAH.**

No. 258. Argued April 22, 1870. — Decided April 30, 1870.

This court will not review a judgment in favor of a firm, if the writ of error does not name the persons who compose it.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

This is a motion to dismiss the writ of error by which the cause is brought here from the Supreme Court of the Territory.

The writ of error describes the judgment as rendered in favor of Tootle, Leach & Co., without naming the persons who composed the firm. But it has been often held that such a writ is irregular and that this court will not undertake to review a judgment thus described. The cases are cited in *Mussina* v. *Cavazos*, 6 Wall. 355, and need not be more particularly referred to.

*The motion to dismiss the writ must be allowed.*

*Mr. A. G. Thurman, Mr. R. N. Baskin, Mr. T. W. Bartley,* and *Mr. F. P. Stanton* for the motion.

*Mr. J. M. Carlisle* and *Mr. John Titus* opposing.